■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT MORGAN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 1, 1977, unanimously affirmed. The order of this court entered on February 15, 1979 [67 AD2d 1112] is vacated. No opinion. Concur—Lane, J. P., Markewich, Lupiano and Bloom, JJ.

■ NAT TEPPER, Plaintiff, v SAMUEL TANNENBAUM et al., Defendants.— Motion for leave to reargue or to appeal is denied, without costs. Since the order sought to be appealed directed a new trial, an appeal to the Court of Appeals may only be taken as of right by stipulating for judgment absolute (CPLR 5601, subd [c]; *New York Cent. & Hudson Riv. R. R. Co. v State of New York,* 166 NY 286; *United Nat. Bank v Ettinger,* 60 AD2d 670; 7 Weinstein-Korn-Miller, NY Civ Prac, par 5602.09, pp 56-72). Concur—Murphy, P. J., Lupiano, Markewich, Sandler and Sullivan, JJ.